

| | | | | |
|---|---|---|---|---|
| Mincoff v. State ............ | 02A05–1701–CR–43 | 06/05/2017 | MATHIAS, J.<br>KIRSCH, J.<br>ALTICE, J. | Affirmed<br>Concurs<br>Concurs |
| Sparling v. State ............ | 34A02–1611–CR–2711 | 06/05/2017 | MATHIAS, J.<br>KIRSCH, J.<br>ALTICE, J. | Reversed and remanded<br>Concurs<br>Concurs |
| Garcia v. State ............. | 79A04–1610–CR–2290 | 06/05/2017 | MATHIAS, J.<br>KIRSCH, J.<br>ALTICE, J. | Affirmed<br>Concurs<br>Concurs |
| State v. Young ............. | 20A04–1604–PC–855 | 06/05/2017 | MATHIAS, J.<br>BAKER, J.<br>PYLE, J. | Reversed<br>Concurs<br>Concurs |
| Lee v. State ................ | 49A05–1609–CR–2197 | 06/05/2017 | MAY, J.<br>BROWN, J.<br>PYLE, J. | Affirmed<br>Concurs<br>Concurs |
| Reynolds v. State ........... | 46A03–1609–CR–2139 | 06/07/2017 | ROBB, J.<br>VAIDIK, C.J.<br>BAILEY, J. | Affirmed<br>Concurs<br>Concurs |
| Carter v. State ............. | 02A03–1701–CR–26 | 06/07/2017 | ROBB, J.<br>VAIDIK, C.J.<br>BAILEY, J. | Affirmed<br>Concurs<br>Concurs |